KLINE & SPECTER, P.C.
1800 Chapel Avenue
Cherry Hill, New Jersey 08002
(856) 662-1180
Attorneys for Plaintiffs

---

| | | |
|---|---|---|
| DAISY LOVE, | : | UNITED STATES DISTRICT COURT |
| | : | FOR THE DISTRICT OF NEW JERSEY |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| RANCOCAS HOSPITAL, et al | : | |
| | : | |
| Defendants. | : | CIVIL ACTION NO.:  01CV5456 (SMO) |

## NOTICE OF MOTION FOR LEAVE TO AMEND COMPLAINT
## TO ADD BETH BENN, R.N. AND BETH SLIMM, R.N. AS DEFENDANTS

TO:  Jennifer L. Parsons, Esquire        Jay J. Blumberg, Esquire
     Sharon K. Galpern, Esquire          Michael Lindner, Esquire
     Stahl & DeLaurentis, P.C.           Blumberg & Lindner
     1103 Laurel Oak Road, Suite 103     158 Delaware Street
     Voorhees, NJ 08043                  Woodbury, NJ 08096

     Timothy P. O'Brien, Esquire         Benjamin H. Haftel, Esquire
     Frank F. Calo, III, Esquire         Law Offices of Francis Schachtele
     Parker McCay & Criscuolo, P.C.      15 Millstone Road
     Three Greentree Centre, Suite 401   Building 200, Suite 160
     Marlton, NJ 08053                   East Windsor, NJ 08520

PLEASE TAKE NOTICE that on _____ at _____ a.m. the undersigned will

apply to the Court at the United States Courthouse in Camden, New Jersey, for an order granting

plaintiff leave to amend her complaint to add Beth Benn, R.N., and Beth Slimm, R.N. as

defendants to this action.  The undersigned will rely on the Motion and Memorandum of Law

attached to this Notice of Motion.  A proposed form of order is also attached.  Oral argument is

requested.

                                           KLINE & SPECTER

By:

                                           Richard S. Seidel, Esquire
                                           1940 Route 70 East, Suite 200
                                           Cherry Hill, NJ 08003
                                           609/424-9162

Date: February 23, 2004

KLINE & SPECTER, P.C.
1800 Chapel Avenue
Cherry Hill, New Jersey 08002
(856) 662-1180
Attorneys for Plaintiffs

---

| | | |
|---|---|---|
| DAISY LOVE, | : | UNITED STATES DISTRICT COURT |
| | : | FOR THE DISTRICT OF NEW JERSEY |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| RANCOCAS HOSPITAL, et al | : | |
| | : | |
| Defendants. | : | CIVIL ACTION NO.: 01CV5456 (SMO) |

### MOTION FOR LEAVE TO AMEND COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 15 TO ADD BETH BENN, R.N. AND BETH SLIMM, R.N. AS DEFENDANTS

Plaintiff, Daisy Love, by and through her undersigned counsel, hereby moves this Court, pursuant to Federal Rule of Civil Procedure 15, for leave to amend her Complaint to add Beth Benn, R.N. and Beth Slimm, R.N. as party defendants in this case. In support of the instant motion, plaintiff incorporates herein by reference and makes a part hereof the annexed memorandum of law.

Respectfully submitted,

KLINE & SPECTER

By: _____
Richard S. Seidel, Esquire
1940 Route 70 East, Suite 200
Cherry Hill, NJ 08003
609/424-9162

Date: February 23, 2004